**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **CALVIN BOYD,** : | |
| : | |
| **Petitioner** : | |
| : | |
| v.   : | **5:92-CR-82 (WDO)** |
| : | **5:06-CV-270 (WDO)** |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Respondent** : | |

**ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation to dismiss Boyd's latest motion as an impermissible "second or successive" habeas petition. Boyd having filed no objection thereto, and because the matters raised in the latest motion have been repeatedly rejected by this Court and the Court of Appeals, the Recommendation is ADOPTED and made the order of the Court. The Complaint For Equitable Relief is DISMISSED as an impermissible second or successive habeas petition.

SO ORDERED this 14th day of September, 2006.


S/
**WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**