**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **CALVIN BOYD,** : | |
| : | |
| **Petitioner** : | |
| : | |
| v. : | **5:92-CR-82 (WDO)** |
| : | **5:06-CV-270 (WDO)** |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Respondent** : | |

**ORDER**

When this matter was before the Court on the Magistrate Judge's Report and Recommendation to dismiss Boyd's latest motion as an impermissible "second or successive" habeas petition, the Court adopted the Recommendation and dismissed the motion. After this Court adopted the Recommendation and dismissed the motion, Boyd's objections to the Recommendation were received in the Court. The objections were filed late due to the same being returned to Boyd for insufficient postage. Having now reviewed Boyd's objections, the Court stands by its previous decision to adopt the Recommendation and dismiss the Complaint For Equitable Relief as an impermissible second or successive habeas petition.

SO ORDERED this 26th day of September, 2006.


S/
**WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**