**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **CALVIN BOYD,** : | |
| : | |
| **Petitioner** : | |
| : | |
| v. : | **5:92-CR-82 (WDO)** |
| : | **5:06-CV-270 (WDO)** |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Respondent** : | |

**ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation to deny Petitioner Boyd's Motion to Alter and Amend Judgment as an unauthorized successive habeas petition. Having carefully considered the Recommendation, and Boyd's objections thereto, the Recommendation is adopted and made the order of the Court. Petitioner's motion is DISMISSED WITHOUT PREJUDICE so that he may seek permission from the Eleventh Circuit Court of Appeals to file a "second or successive" habeas petition and raise the claims asserted in the most recent Motion to Alter or Amend.

**SO ORDERED this 9th day of November, 2006.**


**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**