IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CALVIN MAURICE BOYD, | : | |
| Petitioner | : | |
| VS. | : | NO. 5:92-CR-82 (WDO) |
| UNITED STATES OF AMERICA, | : | |
| Respondent | : | **O R D E R** |

Before the Court is petitioner **CALVIN MAURICE BOYD'S** motion for leave to proceed *in forma pauperis* on appeal (#165). On January 23, 2007, the undersigned denied petitioner the issuance of a certificate of appealability, which renders the motion to proceed *in forma pauperis* moot.

Therefore, petitioner's motion to proceed *in forma pauperis* on appeal is **DENIED AS MOOT**.

**SO ORDERED**, this 6th day of February, 2007.

S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE

cr