IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 5:92-cr-82 (WDO) |
| | : | |
| CALVIN BOYD, | : | |
| Defendant | : | |

**ORDER**

This matter is before the Court on Defendant's motion [858] to reconsider the denial of his motion to reduce his sentence. A motion for reconsideration is not an opportunity for the movant to instruct the court on how it "could have done it better" the first time. <u>Preserve Endangered Areas of Cobb's History v. United States Army Corps of Engineers</u>, 916 F. Supp. 1557, 1560 (N.D. Ga. 1995). Absent the discovery of new evidence, an intervening change in the law or the issuance of binding authority contrary to the court's previous decision, a motion to reconsider is inappropriate. <u>Id.</u> at 1560-61. Defendant Boyd provided no legal or factual argument to support his motion to reconsider. As explained in numerous prior orders from this Court and the Eleventh Circuit Court of Appeals, Defendant Boyd has presented no grounds for altering his sentence. The Motion to Reconsider [858] is therefore DENIED.

**SO ORDERED this 3rd day of December, 2007.**

*s Hugh Lawson*
**HUGH LAWSON**
**UNITED STATES DISTRICT JUDGE**

cf