IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CALVIN MAURICE BOYD, | : | |
| Petitioner | : | |
| VS. | : | |
| | : | NO. 5:92-CR-82 (WDO) |
| UNITED STATES OF AMERICA, | : | |
| Respondent | : | **O R D E R** |

Before the Court is petitioner **CALVIN MAURICE BOYD'S** motion for leave to proceed *in forma pauperis* on appeal (# 863). It is hereby certified, pursuant to 28 U.S.C. § 1915(a)(3) and FRAP Rule 24(a)(3)(A), that petitioner's appeal is not taken in good faith, and the request for leave to appeal IFP is **DENIED**.

**SO ORDERED**, this 9th day of January, 2008.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr