IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CALVIN BOYD,<br><br>    Petitioner,<br><br>VS.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | NO. 5:92-cr-82 (CAR)<br><br>Proceedings Under 28 U.S.C. §2255<br>Before the U.S. Magistrate Judge |

## **RECOMMENDATION**

  Before the Court is a Motion to Vacate, Set Aside, or Correct a Sentence under 28 U.S.C. §2255 filed by Petitioner Calvin Boyd. Doc. 902. Petitioner has previously filed an unsuccessful Motion to Vacate, Set Aside, or Correct a Sentence in this case. Doc. 716. After a lengthy process of motions and interlocutory appeals, this first Motion was finally denied on August 12, 2003. Doc. 803. The District Court and the Eleventh Circuit Court of Appeals denied Petitioner's request for a Certificate of Appealability. Doc. 828. In 2006, the Eleventh Circuit denied Petitioner's request for permission to file a second or successive Section 2255 motion. Doc. 830. Petitioner then attempted to circumvent the denial of his request by filing a motion under Rule 60(b) of the Federal Rules of Civil Procedure. Doc. 831. This motion was denied as an unauthorized successive motion under Section 2255. Doc. 833.

  Now, Petitioner has filed yet another Motion to Vacate, Set Aside, or Correct his sentence. In accordance with 28 U.S.C. §2255(h), consideration of this successive motion is precluded absent prior authorization by the Eleventh Circuit Court of Appeals. As there is nothing to indicate that any such authorization has been given, it is **RECOMMENDED** that the motion be **DENIED.**

  Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this recommendation with the district judge to whom this case is assigned, **WITHIN FOURTEEN (14)**

**DAYS** after being served with a copy thereof.  The Clerk is directed to serve Petitioner at the last address provided by him.

  **SO RECOMMENDED**, this 22nd day of September, 2011.

                s/ Charles H. Weigle
                Charles H. Weigle
                United States Magistrate Judge