IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CALVIN BOYD, | : | |
| | : | |
| Petitioner, | : | |
| v. | : | |
| | : | No. 5:92-cr-82 (CAR) |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |
| | : | |

ORDER ON MOTION

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 923] that Petitioner's Motion to Vacate, Set Aside, or Correct a Sentence under 28 U.S.C. § 2255 [Doc. 923] be denied. Petitioner has entered his objections to the Recommendation. Having considered the Recommendation and Petitioner's objections, this Court agrees with the conclusion of the United States Magistrate Judge that the petition is an unauthorized successive motion under Section 2255. The Recommendation of the Magistrate Judge is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**; the instant petition for federal writ of habeas corpus is hereby **DISMISSED**.

In his Objection, Petitioner asserts that this is not a second or successive motion

1

and therefore should be considered by the Court. However, as explained by the Magistrate Judge, this is Petitioner's fourth successive motion under Section 2255. In accordance with 28 U.S.C. § 2255(h), district courts do not have jurisdiction to consider successive motions absent prior authorization by the Eleventh Circuit Court of Appeals. There is nothing to indicate that any such authorization has been given to Petitioner.

    **SO ORDERED,** this  31st day of October, 2011.

                                         S/  C. Ashley Royal
                                         C. ASHLEY ROYAL
                                         UNITED STATES DISTRICT JUDGE

LMH